UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| MATTHEW STANFORD,<br><br>    Plaintiff,<br><br>AND<br><br>KENTUCKY ASSOCIATION OF COUNTIES WORKERS' COMPENSATION FUND,<br>    Intervenor Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant and Intervenor Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CADET CORPS, INC., et al.,<br><br>    Third-Party Defendants. | Civil No. 12-93-ART<br><br><br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

Assistant United States Attorney Anna R. Gwinn, counsel for the United States, has moved to withdraw as counsel in this case. R. 391. Ms. Gwinn retired from the United States Attorneys' office effective December 31, 2015. *Id.* As such, Ms. Gwinn can no

longer serve as counsel in this case. The United States is still represented by two other Assistant United States Attorneys, so Ms. Gwinn's motion will be granted.

Accordingly, it is **ORDERED** that Ms. Gwinn's motion to withdraw as counsel for the United States, R. 391, is **GRANTED**. The Clerk of the Court shall remove Ms. Gwinn from the distribution list in the ECF system.

This the 5th day of January, 2016.

Signed By:
*Amul R. Thapar* AT
United States District Judge